May 22, 2018



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE MATTER OF THE MARRIAGE OF CARRIE HOLLOMAN SLAGLE AND ALAN PAUL SLAGLE

NO. 14-16-00113-CV

_____

This cause, an appeal from the judgment in favor of appellee, Carrie Holloman Slagle, signed October 20, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Alan Paul Slagle, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.